PD-0493&0494-15 14-13-1075-CR
14-13-1076-CR

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

ELIDA HERRERA-GARCIA
Appellant,

V.

THE STATE OF TEXAS

On Appeal from the
262nd District Court of
Harris County, Texas;
Trial Cause Numbers 1357627 &
1404552

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

ELIDA HERRERA-GARCIA, Petitioner in the above cause number, would respectfully request the Court to grant her motion to extend the time to file her petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

I.

This appeal lies from Appellant's convictions in *The State of Texas v. Elida Herrera-Garcia,* Cause Numbers 1357627 and 1404552 in the 262nd District Criminal Court of Harris County, Texas. Ms. Herrera-Garcia was charged in two separate indictments with murder and injury to a child by omission. Ms. Herrera-Garcia pleaded not guilty to the jury on October 28, 2013. The jury found her guilty on

November 1, 2013, of both offenses. On November 11, 2013, the judge sentenced Ms. Herrera-Garcia to concurrent life sentences for each offense. Ms. Herrera-Garcia filed notice of appeal on the date her sentence was imposed.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until June 24, 2015.

Respectfully submitted,

_Elida Herrera-G_

Srta. Elida Herrera-Garcia
TDCJ No. 01893942
Dr. Lane Murray Unit
1916 North Highway 36 Bypass
Gatesville, Texas 76596

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the ___ day of _____, 201__:

Mr. Allen Curry
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

_Elida Herrera_

Elida Herrera-Garcia, PRO SE